Fotini Karamboulis
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: 973-656-1600
Fax: 973-656-1611
Attorneys for Defendant LINCOLN NATIONAL LIFE INSURANCE COMPANY

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN ROTHSCHILD,<br><br>                Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 1:21-cv-12007-RMB-SAK<br><br>*Civil Action*<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Eileen Rothschild and Defendant The Lincoln National Life Insurance Company, by and through counsel, hereby notify the Court that a settlement has been reached as to all claims pending in this action and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 16, 2021

                                              HAGNER & ZOHLMAN, LLC
                                              Attorneys for PLAINTIFF

                                          By: s/ Thomas A. Hagner
                                                  Thomas A. Hagner

2

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        Attorneys for Defendant LINCOLN
        NATIONAL LIFE INSURANCE
        COMPANY


By: *s/ Fotini Karamboulis*
     Fotini Karamboulis

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b)(2)(E), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

Dated: September 16, 2021

By: *s/ Fotini Karamboulis*
Fotini Karamboulis